IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON LEE ROBERTS                                                                                         PLAINTIFF

v.                               Civil No. 4:10-cv-04020

KIM CULP, Jail Administrator;
and SHERIFF STRINGFELLOW                                                                            DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Clifton L. Roberts filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on February 22, 2010. His complaint was filed *in forma pauperis* (IFP). Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable P.K. Holmes, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

On August 8, 2011, I entered an order (Doc. 18) granting the Defendants' motion to compel. Plaintiff was directed to provide the Defendants with discovery responses by August 26, 2011. On August 31, 2011, Defendants filed a motion to dismiss (Doc. 19). In the motion, Defendants state they have not received the discovery responses from the Plaintiff.

I therefore recommend that the Defendants' motion to dismiss (Doc. 19) be granted. This case should be dismissed based on Plaintiff's failure to comply with the order of the court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 7th day of September 2011.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE