IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON LEE ROBERTS                                                                                    PLAINTIFF

v.                                          Case No. 4:10-CV-04020

KIM CULP, Jail Administrator; and
SHERIFF STRINGFELLOW                                                                          DEFENDANTS

**O R D E R**

On this 19th day of October, 2011, there comes on for consideration the Report and Recommendations (Doc. 21) filed in this case on September 7, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Defendants' Motion to Dismiss (Doc. 19) is GRANTED, and Plaintiff's claims are **DISMISSED** for failure to comply with an order of the Court and for failure to prosecute this action. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 19th day of October, 2011.

/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE